IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-192-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MARIO JAMAL STEED | ) | |

This cause comes before the Court on defendant's unsigned letter, which the Court construes as a motion to seal his entire docket. [DE 48].

Defendant writes that he "want[s] to put a block or restriction on [his] legal information or [his] court docket" such that only he and his mother can access it. *Id.* But defendant has not demonstrated good cause sufficient to entitle him to overcome the presumption of public access. Many of the entries on defendant's docket are already sealed and defendant does not identify any specific documents that he claims contain sensitive information that would justify placing them under seal. Defendant's motion to seal [DE 48] is, therefore, denied.

SO ORDERED, this ___ day of July, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE